# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIO JAVIER SILVESTRE-SILVESTRE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LA ROSE, Senior Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); TODD M. LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States,<br><br>Respondent. | Case No.:  26cv1471 DMS MSB<br><br>**ORDER REQUIRING RESPONSE** |

On March 9, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **March**

**17, 2026**.  Petitioner shall file his reply on or before **March 20, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondent, his officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  March 10, 2026

Hon. Dana M. Sabraw
United States District Judge